IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**STEVE YOUNG**                                                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:06cv328 HTW-JCS**

**ENTERGY MISSISSIPPI, INC.**                                          **DEFENDANT**

## AGREED STIPULATION OF DISMISSAL

Plaintiff, STEVE YOUNG, and Defendant, Entergy Mississippi, Inc., by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with each side to bear his or its own costs and attorney fees.

DATED: June 21, 2007

  s/ Louis H. Watson, Jr.
Louis H. Watson, Jr., Esquire (MSB #9053)
Robert Nicholas Norris, Esquire (MSB #101574)
520 East Captiol Street
Jackson, MS 39201
**Attorneys for Plaintiff, Steve Young**


  s/ Barbara Childs Wallace
Brenda Curie Jones, Esquire
Jennifer Scott, Esquire (MSB #101553)
Barbara Wallace, Esquire (MSB #6728)
Wise Carter Child & Caraway
600 Heritage Building
401 East Capitol Street
Jackson, MS 39201
P. O. Box 651
Jackson, MS 39205-0651
**Attorneys for Defendant, Entergy Mississippi, Inc.**